[No. 9878-1-I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PAULA LEE
FUSILIER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-04761-9, Jack P. Scholfield, J., entered
January 30, 1981. *Affirmed* by unpublished opinion per
Callow, J., concurred in by James and Swanson, JJ.

[No. 8960-9-I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROXBURY
DISTRICT COURT, *Defendant,* ORIN OSBORN,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-02105-2, T. Patrick Corbett, J., entered
May 22, 1980. *Reversed* and *remanded* by unpublished
opinion per Callow, J., concurred in by Andersen, C.J.,
Williams, J., dissenting.

[No. 9842-0-I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
ARPAN, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80-1-00391-1, Daniel T. Kershner,
J., entered January 12, 1981. *Affirmed* by unpublished
opinion per Williams, J., concurred in by Ringold and Cor-
bett, JJ.